UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-127-1H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN O'NEIL ROBINSON | ORDER |

The Defendant's Motion to Reset Arraignment for the July 2017, term of court is allowed.

This case is hereby set for the July 11, 2017 term in Greenville, North Carolina.

SO ORDERED.

This 21st day of June 2017.

                                                   MALCOLM J. HOWARD
                                                 Senior United States District Judge