UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-127-1H

UNITED STATES OF AMERICA

v.

BRIAN O'NEIL ROBINSON

ORDER

The Defendant's Motion to Reset Sentencing for the September 2017, term of court is allowed.

This case is hereby set for the September 12, 2017 term of court in Greenville, North Carolina.

SO ORDERED.

This 29th day of August 2017.

MALCOLM J. HOWARD
Senior United States District Judge